IN THE

# SUPREME COURT OF LOUISIANA,

## IN NEW ORLEANS, DURING THE YEAR 1884,

AND NOT REPORTED IN FULL.

### No. 8779.

### Daniel Moriarty vs. Andrew J. Downey.

This case presents questions of fact only.

### No. 8974.

### The State of Louisiana vs. Eliza Riddle.

In this case, no defense is made by bill of exception or motion or any point within the province of the jurisdiction of the Supreme Court. The judgment is affirmed.

### No. 8899.

### Elizabeth Michero, wife, etc., *et al.* vs. George A. B. Hays.

Tax sale annulled. Assessment in name of one deceased  Taxes paid by purchaser recovered by him.

### No. 8672.

### Domingo Azcuenaga vs. Murphy & Sisa.

This case presents only questions of fact.

### No. 4792.

### In the Matter of Board of Administrators praying for recognition of Mortgage and recovery of Assessments in Fourth Drainage District.

### Appeal of Crescent City Live Stock Landing and Slaughterhouse Company.

This case is identical with that of same title reported at page 97 of 34th Annual.

### No. 9018.

### Ophelia E. Schiller, wife, etc., vs. New Orleans City Railroad Company.

This case is identical with No. 9016, reported.

### No. 8732.

### William Mattle vs. New Orleans City Railroad Company *et al.*

This case presents only questions of fact.